IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 FEB 22 A II: II

P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. 1:06CR46-CSC |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-190;32-5A-191(a)(1)(2)] |
| | ) | |
| JAMES ARTHUR JOHNSON | ) | |
| | ) | INFORMATION |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States Attorney charges:

On or about the 9th of October 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, JAMES ARTHUR JOHNSON, did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT UNITED STATES ATTORNEY

ASHLEA T. HOLT
SC BAR NO. 70462
SPECIAL ASSISTANT U.S. ATTORNEY
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama  36362-5000
(334) 255-2265

STATE OF ALABAMA          )      AFFIDAVIT
                         )
DALE COUNTY               )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama.  Investigation revealed that at approximately 5:35 P.M., October 9, 2005, a red Ford Bronco was observed entering the Daleville Gate inspection lane. Upon contact with the driver identified as JAMES ARTHUR JOHNSON, the security guard detected the odor of an alcoholic beverage emitting from Mr. Johnson.  Mr. Johnson was detained by security until the Military Police arrived and administered 2 Field Sobriety Tests, both of which he failed. Mr. Johnson was apprehended for DUI and transported to the Military Police Station. Mr. Williams was advised of the Alabama Implied Consent Law and requested to submit to a breathalyzer test, which resulted in a .14% B.A.C. In my opinion as a law enforcement officer, Mr. Johnson was under the influence of alcohol.


_____
DONALD T. TABB, SSG, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _2 4_ day of _Jan_ 2006.


_____
NOTARY PUBLIC

My commission expires:  23 DEC 2006