IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| vs. | ) | **CASE NO: 106CR46-CSC** |
| | ) | |
| **JAMES A. JOHNSON,** | ) | |
| **DEFENDANT** | ) | |

### ENTRY OF APPEARANCE

**COMES NOW** William B. Matthews, Jr. who hereby enters his appearance on behalf of the Defendant, James A. Johnson, in the above styled case.

**DONE** this the 6th day of April, 2006.

William B. Matthews, Jr.(MAT016)
Attorney at Law
P. O. Box 1145
Ozark, AL   36361
(334) 774-8804