**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: __MAY 16, 2006__   Time: __10:09- 10:14__

TAPE NO: __3051-CSC__ @ __214__ to __344__

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: __CHARLES S. COODY__   DEPUTY CLERK: __WANDA STINSON__

CASE NO. __1:06CR46-CSC__   NAME: __JAMES ARTHUR JOHNSON__

AUSA: __CAPT. ASHLEA HOLT__   DEFT. ATTY: __WILLIAM B. MATTHEWS, JR__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

USPO: __BOB PITCHER__

Defendant ____ does ✓ does NOT need an Interpreter. Interpreter NAME: _____

---

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ✓ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel    ☐ ORAL MOTION |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORDER appointing Community Defender Organization |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ✓ karr. | ARRAIGNMENT ✓ HELD. Plea of NOT GUILTY entered. |

✓ Trial Set for __7/17/06__   ☐ PRETRIAL CONF. DATE: _____  
☐ DISCOVERY DISCLOSURES DATE: _____  
☐ Request Non-Jury Trial.  
☐ GUILTY PLEA entered.

✓ **CONSENT** to Proceed before U.S. Magistrate Judge  
☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel.

** Deft released on summons issued and on her own recognizance until further notice from the court.