IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 29 A 9: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  PLAINTIFF | )<br>)<br>) |
| vs. | ) CASE NO: 1:06CR46-CSC<br>) |
| JAMES ARTHUR JOHNSON,<br>  DEFENDANT | )<br>) |

### NOTICE TO CHANGE PLEA

**COMES NOW** the defendant, James Arthur Johnson, by and through his undersigned attorney, William B. Matthews, Jr. and moves this Honorable Court for the defendant to enter a plea of guilty on July 11th, 2006 at 10:00 a.m. in the above styled case.

**DONE** this the 28th day of June, 2006.

*/s/ William B. Matthews, Jr.*
William B. Matthews, Jr. (MAT016)
Attorney at Law
P. O. Box 1145
Ozark, AL   36361
(334) 774-8804