IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR46-CSC |
| | ) | |
| JAMES ARTHUR JOHNSON | ) | |

**ORDER**

Upon consideration of the defendant's motion to change plea, it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that the defendant's change of plea be and is hereby set for July 11, 2006 at 10:00 a.m. in the Soldiers Service Center, Building 5700, Office of the Judge Advocate General, Room 342, Ft. Rucker, Alabama.

Done this 30th day of June, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE