IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.: 1:06CR46-CSC |
| V.   ) | |
| ) | |
| JAMES ARTHUR JOHNSON ) | |

**PLEA AGREEMENT**

COMES NOW the United States of America, by and through its attorney, NATHAN T. GOLDEN, Special Assistant United States Attorney, and the DEFENDANT, JAMES ARTHUR JOHNSON, and his counsel, WILLIAM B. MATTHEWS JR., and enter into the following plea agreement pursuant to Rule 11(C)1 of the Federal Rules of Criminal Procedure:

1. The DEFENDANT agrees to plead guilty to the Information charging him with DUI in violation of Title 32, Section 5A-191(a) (1) and (2) and Title 18, Section 13, United States Code.

2. In exchange for the DEFENDANT accepting responsibility for his actions, the United States Government agrees to recommend the minimum sentence and fine authorized by law. The DEFENDANT agrees to pay restitution to the Government if a loss is determined. The DEFENDANT understands that the Court is not bound by the Government's recommendation and may impose a greater sentence or fine.

3. There are no terms, express or implied, to this agreement other than set forth in writing in this document.

_____
JAMES ARTHUR JOHNSON
DEFENDANT

_____
WILLIAM B. MATTHEWS, JR.
Attorney for DEFENDANT

_____
NATHAN T. GOLDEN
Special Assistant U.S. Attorney