**COURTROOM DEPUTY'S MINUTES**  **DATE:** 7/11/2006
**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDING:** 1400-1600
                                **COURT REPORTER:** 15 min

☐ ARRAIGNMENT        ☑ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB    **DEPUTY CLERK:** sq1
**CASE NUMBER:** 1:06CR46-DRB    **DEFENDANT NAME:** James Arthur JOHNSON
**AUSA:** Holt              **DEFENDANT ATTORNEY:** Will Matthews
                            Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                            ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Pitcher
Interpreter present? (✓)NO; ( )YES    Name:

---

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ☐ Not Guilty
          ☑ Guilty as to:
              ☑ Count(s): 1
              ☐ Count(s): _____    ☐ dismissed on oral motion of USA
                                    ☐ to be dismissed at sentencing
☑ Written plea agreement filed    ☐ ORDERED SEALED
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.
☐ CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.
             DISCOVERY DISCLOSURE DATE:
☑ **ORDER:** Defendant continued under ~~~~ bond; ☐ summons; for:
       ☐ Trial on _____; ☑ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
              ☐ Defendant requests time to secure new counsel