UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No. 1:06CR46-DRB |
| vs. | * | |
| | * | |
| JAMES ARTHUR JOHNSON | * | |

## JOINT MOTION

Pursuant to Rule 32(a) of the Federal Rules of Criminal Procedure, and for good cause shown, the Government and the defendant request that the Court shorten the time limits prescribed by subdivision (b(6). Upon disclosure of the presentence report, the Government and the defendant will promptly, but not later than seven days, communicate in writing to the Probation Officer, and to each other, any objections to the presentence report as described in subdivision (b)(6)(B). The defendant and the Government request that the final report with addendum be disclosed no later than three days before the sentencing hearing.

_James A. Johnson_
Defendant

_(signature)_
Attorney for Defendant

_(signature)_
Attorney for Government

## ORDER

IT IS ORDERED that the above motion be, and the same is, hereby granted. Sentencing in this case is set for 10 o'clock a.m., on the 27th day of September, 2006.

DONE this 11th day of July, 2006.

_(signature)_
United States Magistrate Judge