**COURTROOM DEPUTY'S MINUTES**

**MIDDLE DISTRICT OF ALABAMA**

**DATE:**  9/27/2006

**DIGITAL RECORDING:** /0:20 - /0:30 am

**COURT REPORTER:**

☐ **ARRAIGNMENT**          ☐ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**    ☑ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** DRB

**CASE NUMBER:** 1:06CR46-DRB

**AUSA:** Golden

**DEPUTY CLERK:** S. Q. Long, Jr., Clerk

**DEFENDANT NAME:** James Arthur JOHNSON

**DEFENDANT ATTORNEY:** Will Matthews

Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD

( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Pitcher/Johns/Brockett

**Interpreter present?** (✓)NO; ( )YES    **Name:**

---

☐ This is defendant's **FIRST APPEARANCE.**

☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

☐ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**        ☐ **Not Guilty**

                 ☐ **Guilty as to:**

                      ☐ **Count(s):**

                      ☐ **Count(s):**          ☐ **dismissed on oral motion of USA**

                                               ☐ **to be dismissed at sentencing**

☐ Written plea agreement filed    ☐ **ORDERED SEALED**

☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.

☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL** filed.

                     **DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:

          ☐ Trial on _____; ☐ Sentencing on _____

☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ☐ Trial on _____; or ☐ Sentencing on _____

☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed

                    ☐ Defendant requests time to secure new counsel