IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> JAMES ARTHUR JOHNSON ) | Docket No. 1:06CR00046-DRB |

ORDER

It appearing to the Court that , the James Arthur Johnson, the probationer herein was placed on probation on September 27, 2006, for a term of twelve (12) months.

For good and sufficient cause shown to the Court, it is CONSIDERED, ORDERED and ADJUDGED that the term of probation be and is hereby terminated.

Done this the ____ day of May, 2007

Charles S. Coody
Chief United States Magistrate Judge